IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MONICA SMITH, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:18-cv-00370-SWW |
| | * | |
| | * | |
| DAVID CHERRY and CELADON | * | |
| TRUCKING SERVICES, INC., | * | |
| | * | |
| Defendants. | * | |

## **CONSENT JUDGMENT**

On this day comes on to be hear the above styled cause, the Plaintiff, Monica Smith, appears by and through her attorneys, Russell D. Marlin of Taylor King Law. The Defendants, David Cherry and Celadon Trucking Services, Inc., through their attorneys, Kara B. Mikles or Munson, Rowlett, Moore & Boone, P.A. This cause having been submitted to the Court upon the Plaintiff's Complaint, the Court finds:

1. Plaintiff, Monica Smith is entitled to the good faith negotiated amount of $237,500.00; and

2. Defendants, David Cherry and Celadon Trucking Services, Inc. have consented to the judgment entry in the amount of $237.500.00 to the Plaintiff.

**WHEREFORE, IT IS ORDERED AND ADJUDGED** that a judgment shall be entered on behalf of the Plaintiff, Monica Smith, and against the Defendants, David Cherry and Caledon Trucking Services, Inc. for $237.500.00 with interest from the date of this judgment at a rate of 5% per annum until paid.

Dated this 2nd day of August 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE